*IT IS SO ORDERED*
*Judge Vaughn R Walker*

1  ADAM WANG (BAR NO. 201233)
   ADAM PEDERSEN (BAR NO. 261901)
2  LAW OFFICES OF ADAM WANG
   12 S First Street, Suite 708
3  San Jose, California 95113
   Phone: (408) 292-1040
4  Fax: (408) 416-0248
   Email: adamqwang@gmail.com
5
   Attorneys for Plaintiff
6  ALFREDO GARCIA

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO/OAKLAND DIVISION

11 ALFREDO GARCIA,                    Case No. C09 4718 VRW

12         Plaintiff,                 **NOTICE OF DISMISSAL WITH PREJUDICE**

13    vs.                             [FRCP 41(a)]

14 SWH CORPORATION,

15         Defendant.

16

17    NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

18 Civil Procedure, Plaintiff Alfredo Garcia, dismisses the above-captioned action in its entirety with

19 prejudice.

20 Dated: ~~November~~ 12/4, 2009        LAW OFFICES OF ADAM WANG

21                                      By: _____
22                                          ADAM WANG
                                            Attorneys for Plaintiff
23                                          ALFREDO GARCIA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this NOTICE OF DISMISSAL WITH PREJUDICE [FRCP 41(a)] via the Court's CM/ECF system pursuant to Civil L.R. 5-6. Notice was electronically mailed to the following:

**Adam Wang, Esq.**          adamqwang@gmail.com
**Law Office of Russell K. Statman**

_____
JULIE A. ARDEN